Jacob Coats v. The State.

No. 5550.   Decided November 12, 1919.

**Intoxicating Liquors—Manufacture—Statewide Prohibition—Sufficiency of the Evidence.**

Where, upon trial of unlawfully manufacturing intoxicating liquors, the record on appeal showed that defendant pleaded guilty and was given the lowest penalty, he is not in position to urge the insufficiency of the evidence as a ground for reversal; besides, defendant confessed his guilt.

Appeal from the District Court of Smith.   Tried below before the Hon. J. R. Warren, judge.

Appeal from a conviction of unlawfully manufacturing intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

MORROW, JUDGE.—The appellant is charged with the unlawful manufacture of intoxicating liquors. He entered a plea of guilty, and was assessed the lowest penalty. Under these circumstances he is not in position to urge as a ground for reversal the insufficiency of the evidence to prove his guilt. Doane v. State, 36 Texas Crim. App., 468; Shelton v. State, 30 Texas, 431; Woodall v. State, 58 Texas Crim. Rep., 513, 126 S. W. Rep., 592; Josef v. State, 26 S. W. Rep., 213. If we were to look to the evidence, however, it is sufficient to sustain the verdict. He admitted that he made whisky, and further proof was not required to show that the liquor was intoxicating. Rutherford v. State, 49 Texas Crim. App., 21.

The judgment is affirmed.

*Affirmed.*